extra allowance, and judgment, as modified, and order, unanimously affirmed, with costs.

**CENTURY MERCANTILE CO.**, Respondent, v. **HEERAN**, Sheriff, Appellant. (Action No. 2). (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by the Century Mercantile Company against Matthew A. Heeran, late sheriff of Rensselaer county.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and .of this appeal. CHESTER, J., dissents. PARKER, P. J., not voting.

**CHAPMAN**, Respondent, v. **DELAWARE, L. & W. R. CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Olive Chapman against the Delaware, Lackawanna & Western .Railroad Company. No opinion. Judgment and order affirmed, with costs.

**CHEEVER**, Respondent, v. **NEW YORK TRANSP. CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Hattie Cheever against the New York Transportation Company. No opinion. Judgment and order unanimously affirmed, with costs.

**CHRISTIE**, Appellant, v. **MILLER** et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by David Christie against Henry F. Miller and another. P. Mitchell, for appellant. D. B. Ogden, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re **CITIZENS' TRUST CO. OF BROOKLYN**. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the Citizens' Trust Company of Brooklyn to be designated as a depositary for court funds. No opinion. Report of the referee confirmed, prayer of the petitioner granted, and order signed.

In re **CITY COLLEGE SITE**. In re **BERNHARDT**. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of the City College site. In the matter of Bernhardt. T. Connolly, for City College site. J. S. Frank, for Bernhardt. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re **CITY COLLEGE SITE**. In re **PINKNEY**. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of the City College site. In the matter of Pinkney. T. Connolly, for City College site. J. S. Frank, for Pinkney. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**CLARK**, Respondent, v. **GENERAL CHEMICAL CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Oliver H. Clark against the General Chemical Company. No opinion. Judgment and order unanimously affirmed, with costs.

**CLARK**, Respondent, v. **LYNCH** et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Charles E. Clark against Michael Lynch and another. No opinion. Motion for reargument denied, with $10 costs and disbursements.

**COATSWORTH**, Appellant, v. **LEHIGH VALLEY R. CO.** et al., Respondents. (two cases.) (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Reuben H. Coatsworth against the Lehigh Valley Railroad Company, and another. No opinion. The four justices qualified to sit in the hearing and determination of the appeals in the above cases being equally divided, the said appeals are ordered transferred to the Third Judicial Department for hearing and determination, pursuant to the provision of section 231 of the Code of Civil Procedure.

**COHEN**, Appellant, v. **BEHR** et al, Respondents. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Max Cohen against Rebecca Behr and Samuel B. Behr. No opinion. Judgment affirmed, with costs.

(112 App. Div. 902)

**COLEMAN** et al., Appellants, v. **NEW YORK CENT. & H. R. R. CO.**, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Eugene J. Coleman and another against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on opinion of McLennan, P. J., in same case, reported 98 App. Div. 349, 90 N. Y. Supp. 264.

SPRING, J., dissents. Kruse, J., not sitting.

**CONLON**, Respondent, v. **CITY OF NEW YORK**, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Francis Conlon against the city of New York. T. Connoly, for appellant. C. M. Beattie, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed.

INGRAHAM, J., dissents.

**CONNELL**, Respondent, v. **CONNELL**, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary E. Connell against William F. Connell. No opinion. Order affirmed, with $10 costs and disbursements.

**CONROY**, Appellant, v. **ACKEN** et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Bridget Conroy, as administratrix, etc., of Michael Conroy, deceased, against Samuel I. Acken and others. No opinion. Motion to amend order granted.